1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10  CHRISTIANA TRUST,                        )
                                             )        Case No. 2:15-cv-02295-RFB-NJK
11           Plaintiff,                      )
                                             )
12  vs.                                      )        ORDER
                                             )
13  9796 MOUNT CUPERTINO TRUST, et al,       )        (Docket No. 17)
                                             )
14           Defendants.                     )
    ─────────────────────────────────────── )

15
16          Pending before the Court is the filing by Plaintiff of a notice of Rule 26(f) case conference.

    Docket No. 17.  Discovery-related documents are not to be filed unless ordered by the Court.  No such
17
    order has been entered by the Court in this case.  *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1).
18
    Because the above document was filed in violation of the rules, it shall be **STRICKEN** by the Clerk.
19
20          The Court **ORDERS** the parties and counsel to cease filing discovery documents on the docket.

21  Failure to abide by this order and the applicable rules may result in sanctions.

22          IT IS SO ORDERED.

23          DATED: October 11, 2016.

24                                          _____
                                            NANCY J. KOPPE
25                                          United States Magistrate Judge

26
27
28