**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIANA TRUST,<br>　　　　　Plaintiff(s),<br>vs.<br>9796 MOUNT CUPERTINO TRUST, et al.,<br>　　　　　Defendant(s). | Case No. 2:15-cv-02295-RFB-NJK<br><br>ORDER |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than November 1, 2016, either (1) a joint proposed discovery plan; (2) a motion or stipulation to stay discovery addressing the pertinent standards; or (3) a joint status report otherwise explaining why the parties do not believe a proposed discovery plan should be filed at this time.

IT IS SO ORDERED.

DATED: October 24, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge