WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, as substituted party for Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>9796 MOUNT CUPERTINO TRUST, KENNETH BERBERICH AS TRUSTEE, an unknown entity; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-02295-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO 9796 MOUNT CUPERTINO TRUST & KENNETH BERBERICH'S MOTION TO DISMISS U.S. BANK'S FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust as substituted party for Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3, ("U.S. Bank"), and Defendant, 9796 Mount Cupertino Trust and Kenneth Berberich, as Trustee (hereinafter "Cupertino Trust" or "Buyer"), by and through their respective counsels of record, hereby stipulate as follow:

**STIPULATION**

1. Buyer filed its Motion to Dismiss ("Motion") on April 28, 2019 [EFC No. 44]

2. Current deadline to file the response to the Motion is May 13, 2019.

3. U.S. Bank requests additional time to file a response to the Motion and the Buyer does not object to the request.

4. Therefore, the parties agree that U.S. Bank's response to the Motion is now due on or before **May 28, 2019.**

DATED this 13th day of May, 2019.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Rock K. Jung, Esq.*
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, as substituted party for Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3*

DATED this 13th day of May, 2019.

AYON LAW, PLLC

*/s/ Luis A. Ayon/, Esq.*
Luis A. Ayon, Esq.
Nevada Bar No. 9752
8716 Spanish Ridge Avenue,
Las Vegas, Nevada 89148
*Attorneys for 9796 Cupertino Trust and Kenneth Berberich, as Trustee*

**Case Number:** 2:15-cv-02295

**ORDER**

IT IS SO ORDERED.

Dated this 14th day of __May__, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted by:

| | |
|---|---|
| 1 | **WRIGHT, FINLAY & ZAK, LLP** |
| 2 | */s/ Rock K. Jung, Esq.* _____ |
| | Robert A. Riether, Esq. |
| 3 | Nevada Bar No. 12076 |
| 4 | Rock K. Jung, Esq. |
| | Nevada Bar No. 10906 |
| 5 | 7785 W. Sahara Ave., Suite 200 |
| | Las Vegas, NV 89117 |
| 6 | *Attorneys for Plaintiff, U.S. Bank Trust, N.A.,* |
| | *as Trustee for LSF9 Master Participation* |
| 7 | *Trust, as substituted party for Christiana Trust,* |
| | *a division of Wilmington Savings Fund Society,* |
| 8 | *FSB, not in its individual capacity but as Trustee* |
| | *of ARLP Trust 3* |