WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff, Wilmington Trust, National Association, not in its Individual Capacity but as Trustee of ARLP Securitization Trust, Series 2014-11*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2014-11,<br><br>Plaintiff,<br><br>vs.<br><br>9796 MOUNT CUPERTINO TRUST, KENNETH BERBERICH AS TRUSTEE, an unknown entity; VIA VALENCIA / VIA VENTURA HOMEOWNER'S ASSOCIATION, a domestic non-profit corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-02295-RFB-NJK<br><br>**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff, Wilmington Trust, National Association, not in its Individual Capacity but as Trustee of ARLP Securitization Trust, Series 2014-11 ("Wilmington"), Defendant, 9796 Mount Cupertino Trust, Kenneth Berberich as Trustee ("Cupertino Trust"), and Defendant, Via Valencia/Via Ventura Homeowners Association ("HOA") (Plaintiff, Cupertino Trust and HOA are collectively referred to as the "Parties"), by and through their counsel of record, hereby submit this Motion to Extend Time to File Stipulation and Order for Dismissal.

Pursuant to the Minute Order entered on July 30, 2019 [ECF No. 62], the Parties are to file a Stipulation for Dismissal or a Joint Motion to Extend Time to file a Stipulation for Dismissal by September 13, 2019.

At this time, the Parties are not ready to dismiss the instant action, however, progress has been made toward settlement. The Parties have all executed a Confidential Settlement and Release Agreement (the "Agreement"), but the parties still need to exchange settlement funds and record all releases required by the Agreement.

WHEREFORE, the Parties jointly move for an additional sixty days to complete settlement and file their Stipulation for Dismissal.

Dated this 13th day of September, 2019.

| WRIGHT, FINLAY & ZAK, LLP | AYON LAW, PLLC |
|---|---|
| */s/ Rock K. Jung* | */s/ Luis A. Ayon* |
| Robert A. Riether, Esq.<br>Nevada Bar No. 12076<br>Rock K. Jung, Esq.<br>Nevada Bar No. 10906<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff, Wilmington Trust, National Association, not in its Individual Capacity but as Trustee of ARLP Securitization Trust, Series 2014-11* | Luis A. Ayon, Esq.<br>Nevada Bar No. 9752<br>8716 Spanish Ridge Avenue<br>Las Vegas, NV  89148<br>*Attorney for Defendant, 9796 Cupertino Trust and Kenneth Berberich as Trustee* |

IT IS SO ORDERED:

HALL, JAFFE & CLAYTON, LLP

*/s/ Ashlie L. Surur*
Ashlie L. Surur, Esq.
Nevada Bar No. 11290
7425 Peak Drive
Las Vegas, NV 89148
*Attorneys for Defendant, Via Valencia/Via Ventura Homeowner's Association*

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 16th day of September, 2019.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that service of the foregoing **JOINT MOTION TO EXTEND TIME TO FILE STIPULATION AND ORDER FOR DISMISSAL** was made on the 13th day of September, 2019, to all parties on the CM/ECF service list.

Ashlie L. Surur     asurur@lawhjc.com, araleigh@lawhjc.com

Dana Jonathon Nitz     dnitz@wrightlegal.net, nlane@wrightlegal.net, NVefile@wrightlegal.net

Luis Alonso Ayon     laa@ayonlaw.com, ars@ayonlaw.com, cld@ayonlaw.com, eem@swinjurylaw.com, lmf@ayonlaw.com, mel@ayonlaw.com, sec@ayonlaw.com, vsg@ayonlaw.com

Natalie C. Lehman     nlehman@wrightlegal.net, lcox@wrightlegal.net, NVefile@wrightlegal.net

Paterno C. Jurani     pjurani@wrightlegal.net, lcox@wrightlegal.net, NVefile@wrightlegal.net

Robert A Riether     rriether@wrightlegal.net, NVefile@wrightlegal.net, tsessions@wrightlegal.net

Rock K. Jung     rjung@wrightlegal.net, jcraig@wrightlegal.net, NVefile@wrightlegal.net

                             /s/ Jason Craig
                             An Employee of WRIGHT, FINLAY & ZAK, LLP